# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PAK AVOCADO, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No: 2:15-cv-04168-MRW<br><br>**JUDGMENT BY THE COURT WITHOUT A JURY** |

　　This action was tried by the Honorable Magistrate Judge Michael R. Wilner without a jury, and the following decision was reached:

　　**IT IS ORDERED** that Plaintiff West Pak Avocado, Inc., recover from Defendant Americold Logistics, LLC, the amount of $170,107.66, with prejudgment interest in the amount of $ 18,398.91 , and postjudgment interest at the rate of .72% per annum, along with costs.

DATED: Nov. 15, 2016

　　　　　　　　　　　　　　　　/s/ Judge Wilner
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Michael R. Wilner
　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Central District of California